# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-396 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Refugio Gadea Pliego, | |
| Defendant. | |

_____

Upon all the files, records and proceedings herein, and the undersigned's de novo review of Magistrate Judge Arthur J. Boylan's January 7, 2008, Report and Recommendation and Defendant's Objections thereto, **IT IS ORDERED**:

1. The Objections (Doc. No. 52) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 46) is **ADOPTED**;

3. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 23) is **DENIED**

4. Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 25) is **DENIED**;

5. Defendant's Motion to Dismiss Indictment for Insufficiency (Doc. No. 26) is **DENIED**; and

6. Defendant's Supplemental Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 33) is **DENIED**.

Dated: February 8, 2008

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge