# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,               Criminal No. 07-396 (1) (RHK/AJB)

       Plaintiff,                          **ORDER**

v.

Refugio Gadea Pliego,

       Defendant.

---

     Defendant's Post Trial Motion for Judgment of Acquittal or a New Trial (Doc. No.

816) is **DENIED**.


Dated:  April 15, 2008


                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge