**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 07-396 (1) (RHK/AJB**)** |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE OBJECTIONS** |
| v. | **AND POSITION PLEADINGS** |
| Refugio Pleigo, | |
| Defendant. | |

---

Defendant's Motion for Extension of Time to File Objections and Position Pleadings (Doc. No. 818) is **GRANTED**.

**IT IS HEREBY ORDERED** that:

All written correspondence be due to the Probation Office by June 10, 2008; and

Position pleadings, if necessary, be filed electronically with the Clerk of Court by June 17, 2008.

Dated:  May 28, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge