# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-396  (RHK/AJB) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| v. | |
| Refugio Gadea Pliego, | |
| Defendant. | |

The Defendant's Motion for Extension of Time is **GRANTED**.

**IT IS HEREBY ORDERED** that:

Position pleadings, shall be filed electronically with the Clerk of Court by July 30, 2008.

Dated: July 2, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge